IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDY M. FINN, | ) CASE NO. 4:06CV3268 |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| JEFFERSON PIILOT FINANCIAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

This matter is before the court on the parties' Joint Motion to Stay (Filing No. 9). The court finds that the parties' joint motion should be granted.

IT IS ORDERED that the Joint Motion to Stay (Filing No. 9) is granted and this case is stayed for 120 days pending a remand to the claims administrative to allow Plaintiff to pursue her second and final level of administrative appeal with Defendant. It is further ordered that the parties shall provide a status report to the court if the claim is resolved during the administrative appeal or upon the expiration of 120 days from the date of this Order, whichever occurs first.

Dated this 8th day of March, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge