1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDY M. FINN, | ) | CASE NO. 4:06CV3268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| JEFFERSON PIILOT FINANCIAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation and Joint Motion For Dismissal with Prejudice (Filing No. 11). The court finds that the stipulation and joint motion should be granted.

IT IS ORDERED that the Stipulation and Joint Motion For Dismissal with Prejudice (Filing No. 11) is granted and this case is dismissed with prejudice, each party to bear her/its own costs and attorney's fees.

Dated this 22nd day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge